**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RONALD RAY LANGDON,

    Petitioner,

v.                                                            Case No. 8:06-cv-959-T-24EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause is before the court upon Petitioner Ronald Ray Langdon's ("Langdon") application for certificate of appealability (Dkt. 25) received by this Court on March 19, 2007.

The Court denied Langdon's § 2255 motion to vacate, set aside, or correct sentence on the merits by order entered on February 28, 2007. (Dkt. 22). In that order, this Court ordered that Langdon was not entitled to a certificate of appealability. (Dkt. 22, pp. 28-29). Having considered Langdon's instant pending application, the Court orders:

That Langdon's application for certificate of appealability (Dkt. 25) is DENIED.

ORDERED at Tampa, Florida, on March 20, 2007.

*SUSAN C. BUCKLEW*
United States District Judge

Counsel of Record
Ronald Ray Langdon